**PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 803 HEALTH & WELFARE FUND, Plaintiff–Counter Defendant–Appellee,**

**David Garlington, as Trustee for the Funds, Gary Monson, as Trustee for the Funds, Brad Grabill, as Trustee for the Funds, Bernard Horne, as Trustee for the Funds, et al., Plaintiffs–Appellees,**

v.

**SYSTEM TECH SERVICES, INC., a Florida Corporation, Defendant–Counter Claimant–Appellant.**

**No. 14–14253.**

United States Court of Appeals, Eleventh Circuit.

Jan. 5, 2016.

Thomas Loraine Johnson, Law Office of Thomas Johnson, Brandon, FL, for Plaintiff–Counter Defendant–Appellee and Plaintiffs–Appellees.

Daniel Howard Coultoff, Christina Y. Taylor, Latham Shuker Eden & Beaudine, LLP, Orlando, FL, for Defendant–Counter Claimant–Appellant.

Before TJOFLAT and MARTIN,

**723**

Circuit Judges, and ROSENTHAL,* District Judge.

PER CURIAM:

After considering the parties' briefs and entertaining oral argument of counsel, we find no basis for disturbing the judgment of the District Court. The judgment is accordingly

AFFIRMED.